UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          07 Cr. 878 (FM)
_____

UNITED STATES OF AMERICA

      v.

Annie Liu.,

      Defendant.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

To: Clerk of Court
    Southern District of New York

    The undersigned attorney respectfully appears on behalf of Annie Liu and requests the Clerk to note his appearance in this case, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                            Respectfully submitted,
                            S/*George R. Goltzer*
                            George R. Goltzer, Esq.
                            200 West 57th Street
                            Suite 900
                            New York, NY 10019
                            Tel. 212/608-1260