<u>Request for Adjournment</u>

| | | |
|---|---|---|
| TO: | <u>Honorable Frank Maas</u><br>U.S. Magistrate Judge | OFFENSE: <u>Conspiracy to Commit Copyright Infringement and Copyright Infringement (18 USC 371 and 2319(a),(b)(3), (c)(3) and 17 USC 506(a)(1) and (a)(2))</u> |
| From: | Wanda D. Whitney<br>U.S. Probation Officer | Original Sentence Date: September 10, 2008 |
| Re: | Annie Lui<br>DKT. # 07 CR 878(FM) | Required Submission to Counsel Date:<br>(35)Days) August 7, 2008 |
| Date: | August 7, 2008 | Defense Counsel : George R. Goltzer |
| AUSA: | William Stellmach | |

*******************************************************************************

This adjournment is requested for the following reason:   NO ENDORSE

On September 17, 2007, the above-referenced defendant pleaded guilty to Conspiracy to Commit Copyright Infringement and Copyright Infringement in violation of 18 USC 371 and 2319(a),(b)(3), (c)(3) and 17 USC 506(a)(1) and (a)(2)). (The presentence report was ordered on June 5, 2008.)   Sentencing is scheduled for September 10, 2008, and the presentence report is to be disclosed on August 7, 2008.  Because defense counsel has been on trial with two consecutive murder trials, the defendant has yet to be interviewed. However, a tentative interview has been scheduled for August 14, 2008.  As such, we are requesting an adjournment of sentencing to late October 2008, so that the presentence report can be completed and disclosed in accordance with Rule 32.  Defense counsel has consented to this request. Government is aware of this request.

It is requested that Your Honor indicate the Court's decision as provided below.  Counsel will be notified by copy of this form.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Wanda D. Whitney
U.S. Probation Officer
212-805-0040 ext. 5182

Approved By: _____
SUSPO

1.   AN ADJOURNMENT IS GRANTED: ✓
     IF APPROVED, NEW DATE OF SENTENCE  11/7/08    TIME & ROOM 10:00 AM / 20A
2.   REQUEST IS DENIED _____

_____8/7/08_____                        _____
DATE                                     U.S. ~~DISTRICT COURT~~ JUDGE
                                         MAGISTRATE

NY 468



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

P53899

**TO:** Honorable Frank Maas
U.S. Magistrate Judge

**FROM:** Kathleen Coad
Supervising U.S. Probation Officer

Re: Annie Lui
Docket No.: 07 CR 878(FM)

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your Honor. Please direct your response (if applicable) along with any attachments to our office at 233 Broadway, 14th floor, so that we may take appropriate action.

Respectfully submitted,

Kathleen Coad
Supervising U.S. Probation Officer

Prepared By:

Wanda D. Whitney
U.S. Probation Officer
212-805-5182

DATE: August 7, 2008

NY 201
Rev 12/07